**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

WILLIAM ANDERSON,

Plaintiff,

8:25-cv-1214
(ECC/PJE)

v.

STEPHEN L. BUZZELL and KAREN M. HORAN,

Defendants.

---

**Appearances:**

William Anderson, *Pro se Plaintiff*

**Hon. Elizabeth C. Coombe, United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

Plaintiff William Anderson commenced this proceeding and sought leave to proceed in forma pauperis (IFP). Dkt. Nos. 1, 2. This matter was referred to United States Magistrate Judge Paul J. Evangelista who, on June 29, 2026, granted Plaintiff's application to proceed IFP and issued a Report-Recommendation, recommending that Plaintiff's Complaint be dismissed with leave to replead as to certain claims. Dkt. No. 4. Magistrate Judge Evangelista advised Plaintiff that under 28 U.S.C. § 636(b)(1), he had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. *Id*. at 30. Plaintiff did not file an objection to the Report-Recommendation.[1]

As no objection to the Report-Recommendation has been filed, and the time for filing

[1] On September 11, 2026, the copy of the Report-Recommendation and Order mailed to Plaintiff at his address of record was returned to the Clerk's office as "undeliverable," with the envelope marked "return to sender" and "unable to forward." Dkt. No. 5.

objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error, the Court adopts the Report-Recommendation as modified herein.

Magistrate Judge Evangelista recommended that the Court decline to exercise supplemental jurisdiction over Plaintiff's state-law legal malpractice and breach of contract claims, and that these state-law claims be dismissed with prejudice and without leave to amend. Dkt. No. 4 at 11-13. The Court accepts Magistrate Judge Evangelista's recommendation to decline to exercise supplemental jurisdiction over Plaintiff's state-law claims in the absence of any surviving federal claims, however the dismissal is without prejudice to Plaintiff refiling in state court. The Court otherwise adopts the remainder of Magistrate Judge Evangelista's Report-Recommendation upon reviewing it for clear error, and finding none.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Evangelista's Report-Recommendation, Dkt. No. 4, is **ADOPTED AS MODIFIED,** and it is further

**ORDERED** that the Complaint is **DISMISSED without prejudice and with leave to amend** as to Plaintiff's Fourteenth Amendment claim against St. Lawrence County; and it is further

**ORDERED** that the Complaint is **DISMISSED with prejudice and without leave to amend** as to Plaintiff's remaining federal claims, and it is further

**ORDERED** that the Complaint is **DISMISSED without prejudice to refiling in state court** as to Plaintiff's state-law claims, and it is further

**ORDERED** that Plaintiff is granted leave to file an Amended Complaint to the extent

authorized by Magistrate Judge Evangelista's Report-Recommendation as adopted by this Memorandum-Decision and Order. Any Amended Complaint must be filed **within thirty (30) days** of the date of this Order. Any Amended Complaint must be a complete pleading which will replace the claims submitted in Plaintiff's original Complaint, and it is further

**ORDERED** that if Plaintiff files a timely Amended Complaint, it shall be referred to Magistrate Judge Evangelista for review; and if Plaintiff fails to file a timely Amended Complaint, the Clerk is directed to close this case without further order; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 22, 2026

Elizabeth C. Coombe
U.S. District Judge